BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant GONZALEZ-VELEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FERNANDO GONZALEZ-VELEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 10-00509 JF <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Thursday, May 12, 2011, be continued to Thursday, June 9, 2011, at 9:00 a.m. Mr. Gonzalez-Velez has entered a guilty plea pursuant to a fast-track plea agreement, but sentencing has been delayed while the parties await the decision of a Ninth Circuit case that affects the guideline calculation.  The parties stipulate to a further continuance for the same purpose.

Dated: 5/10/11               _____/s/_____
                             LARA S. VINNARD
                             Assistant Federal Public Defender

Dated: 5/10/11               _____/s/_____
                             BRADLEY PRICE
                             Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0509 JF |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER CONTINUING |
| | ) | SENTENCING HEARING |
| v. | ) | |
| | ) | |
| FERNANDO GONZALEZ-VELEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties have jointly requested a continuance of the sentencing hearing set for May 12, 2011, while the parties await the decision of a relevant Ninth Circuit case.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for May 12, 2011, be continued to June 9, 2011, at 9:00 a.m.

Dated: 5/11/11

_____
JEREMY FOGEL
United States District Judge